JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Ernesto Trevino,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No. 1:19-cv-00870-SKO<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME<br><br>(Doc. 15) |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from 03/02/2020 to 04/01/2020, for Plaintiff to serve on defendant with PLAINTIFF'S OPENING BRIEF.  All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Plaintiff's second request for an extension of time.  Good cause exists for this second extension.  Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Counsel's administrative calendar has seen an increase these last two months and Counsel is in current discussion for adding additional staff to support the increase in the administrative work.  The week of 02/23/2020 counsel has 10 administrative hearings, 11 pre-hearing preparation meetings with claimants, three opening briefs for federal court, one motion for summary judgement. The week of 03/01/2020 counsel has 20 administrative hearings, 12 per-

hearing preparation meetings with claimants, three opening briefs for federal court, seven letter briefs and one settlement proposal due. Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: March 2, 2020      PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Jonathan Omar Pena*
JONATHAN OMAR PENA
Attorneys for Plaintiff

Dated: March 2, 2020      MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By:  */s/ Patrick Snyder*
Patrick Snyder
Special Assistant United States Attorney
Attorneys for Defendant
(*As authorized by email on 03/02/2020)

## **ORDER**

Based upon the above-stipulation of the parties (Doc. 15), and for good cause shown (Fed. R. Civ. P. 16(b)(4)), IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, to and including April 1, 2020, in which to file Plaintiff's Opening Brief. All other deadlines set forth in the Scheduling Order (Doc. 5) shall be extended accordingly.

IT IS SO ORDERED.

Dated: **March 4, 2020**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE