MCGREGOR W. SCOTT,
United States Attorney
DEBORAH STACHEL,
Regional Chief Counsel, Region IX
Social Security Administration
PATRICK SNYDER,
Special Assistant United States Attorney
     160 Spear Street, Suite 800
     San Francisco, California 94105
     Telephone: (415) 977-8927
     Facsimile: (415) 744-0134
Attorneys for Defendant

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNESTO TREVINO,<br><br>    Plaintiff,<br><br>    v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant.<br>_____ | No. 1:19-CV-00870-SKO<br><br>**ORDER AND STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S BRIEF** |

    Parties hereby file this Stipulation for an extension of 21 days for Defendant to respond to Plaintiff's Motion for Summary Judgment, making the Defendant's response due to be filed on June 22, 2020. Currently, Defendant's response is due June 1, 2020.

    Defendant needs some additional time to respond to the issues raised in Plaintiff's Motion. Since April 27, 2020, the undersigned counsel for Defendant has briefed on the merits, or worked to voluntarily remand, six district court cases. The undersigned also is lead coordinator of program law in the Northern District of California and lead of the Privacy and Disclosure practice, both which have required substantial work in the last month. This is Defendant's first request for an

1  extension.

2                          Respectfully submitted,

3

4      Dated: May 29, 2020                MCGREGOR W. SCOTT

5                                         United States Attorney
                                          DEBORAH STACHEL
6                                         Regional Chief Counsel, Region IX
7                                         Social Security Administration

8

9                                  BY:    */s/ Patrick Snyder*
                                          PATRICK SNYDER
10                                        Special Assistant U.S. Attorney
11                                        Attorneys for Defendant

12     Dated: May 29, 2020

13                                 BY: */s/ Jonathan Pena*
                                          JONATHAN PENA (as authorized by
14                                        email on 5/29/20)
15                                        Attorneys for Plaintiff

16

17                               **ORDER**

18         Pursuant to the parties' above stipulation, (Doc. 20), for good cause shown,

19  Defendant shall file and serve on Plaintiff his responsive brief by no later than June

20  22, 2020.  All other deadlines in the scheduling order are modified accordingly.

21

22  IT IS SO ORDERED.

23

24  Dated:  __**June 1, 2020**__              ___/s/ *Sheila K. Oberto*___
                                          UNITED STATES MAGISTRATE JUDGE
25

26

27

28

-2-